# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| RUTH HATTON, | ) | CASE NO.: 3:20-cv-00411 |
| | ) | |
| Plaintiff, | ) | JUDGE: MICHAEL J. NEWMAN |
| | ) | MAGISTRATE JUDGE PETER B. SILVAIN |
| vs. | ) | |
| | ) | |
| MSC TRUCKING, et al., | ) | |
| | ) | **DISMISSAL ENTRY** |
| Defendants. | ) | |

We, the undersigned attorneys for the respective parties herein, do hereby stipulate that the above-captioned case is to be marked "settled and dismissed with prejudice, each party to bear its own costs," and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

/s Michael J. Newman
Hon. Michael J. Newman
United States District Judge

Date: December 1, 2021

/s/ Jack J. Lah (via email consent)
Jack J. Lah (0078474)
The Attkisson Law Firm LLC
3033 Kettering Blvd., Suite 213
Dayton, OH 45439
Phone: (937) 276-9700
Fax: (937) 276-9701
E-mail: jack@attkissonlawfirm.com
Attorney for Plaintiff

/s/ Jonathan M. Menuez
Jonathan M. Menuez (0064972)
Sutter O'Connell
3600 Erieview Tower
1301 E. 9th Street
Cleveland, Ohio 44114
Phone: (216) 928-2200
Fax: (216) 928-4400
E-mail: jmenuez@sutter-law.com
Attorney for Defendants Gerardo Hernandez
DBA MCS Trucking and Elmer Hernandez