UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RUTH HATTON,

    Plaintiff,                              Case No. 3:20-cv-411

vs.

GERARDO HERNANDEZ              District Judge Michael J. Newman
*dba* MCS TRUCKING, *et al.*,         Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

_____

**ORDER: (1) DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT UNITED HEALTHCARE INSURANCE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**

_____

        This civil case is before the Court because Plaintiff failed to show cause why her claims against Defendant United Healthcare Insurance ("United Healthcare") should not be dismissed. Doc. No. 24. Plaintiff settled, and dismissed with prejudice, her claims against all other Defendants. Doc. No. 23. The Court ordered her to show cause why United Healthcare should remain a party to this case. Doc. No. 24. Plaintiff failed to satisfy the Court's Show Cause requirement, and the time for doing so has passed. Thus, the Court presumes that Plaintiff no longer intends to pursue her claims against United Healthcare. Fed. R. Civ. P. 41(b). Accordingly: (1) Plaintiff's claims against United Healthcare are **DISMISSED WITH PREJUDICE**; and (2) this case is **TERMINATED** on the docket.

        **IT IS SO ORDERED.**

Date:  April 21, 2022                             s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge